Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Judy Shearer, et al. vs. Pharmacia Inc, et al.*<br>(05-4581 CRB)<br><br>*Barbara J. Williams vs. Pfizer Inc, et al.*<br>(06-1670 CRB)<br><br>*Michele Walker, et al. vs. Pfizer Inc, et al.*<br>(06-1878 CRB)<br><br>*Stephanie Shearer vs. Monsanto Company, et al.*<br>(06-1902 CRB)<br><br>*Joe Vega, et al. vs. Pfizer Inc, et al.*<br>(06-2440 CRB)<br><br>*Brad Henry Taylor vs. Pfizer Inc, et al.*<br>(06-2577 CRB)<br><br>*James Preston Taylor vs. Pfizer Inc, et al.*<br>(06-2863 CRB)<br><br>*John H. Roberts, Jr. vs. Pfizer Inc, et al.*<br>(06-3062 CRB)<br><br>*Patsy Lynn Stegall vs. Pfizer Inc, et al.*<br>(06-3084 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | |
| 2 | *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*<br>(06-3100 CRB) |
| 3 | *Barbara Smith, et al. vs. Pfizer Inc, et al.*<br>(06-3102 CRB) |
| 4 | |
| 5 | *Arnold Swick vs. Pfizer Inc*<br>(06-3304 CRB) |
| 6 | *Corrine Morrisette vs. Pfizer Inc, et al.*<br>(06-3363 CRB) |
| 7 | |
| 8 | *Sylvia Wingard vs. Pfizer Inc, et al.*<br>(06-3653 CRB) |
| 9 | *Susan Smith vs. Pfizer Inc, et al.*<br>(06-3951 CRB) |
| 10 | |
| 11 | *Clarence Edward Smith vs. Pfizer Inc, et al.*<br>(06-3957 CRB) |
| 12 | *Mary Vernick vs. Pfizer Inc, et al.*<br>(06-4102 CRB) |
| 13 | |
| 14 | *Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.*<br>(06-4285 CRB) |
| 15 | |
| 16 | *Marvin Rogers vs. G.D. Searle LLC, et al.*<br>(06-4514 CRB) |
| 17 | *Shirley Lindeen vs. G.D. Searle LLC, et al.*<br>(06-4515 CRB) |
| 18 | |
| 19 | *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.*<br>(06-4547 CRB) |
| 20 | |
| 21 | *Charles Snodgrass vs. Pfizer Inc, et al.*<br>(06-4661 CRB) |
| 22 | *John Vandale vs. Pfizer Inc, et al.*<br>(06-5257 CRB) |
| 23 | |
| 24 | *William Coulson, et al. vs. Pfizer Inc, et al.*<br>(06-5261 CRB) |
| 25 | *Dick Shepherd vs. Pfizer Inc, et al.*<br>(06-5417 CRB) |
| 26 | |
| 27 | *Robin Morrison, et al. vs. Pfizer Inc, et al.*<br>(06-6900 CRB) |
| 28 | *Rosa Cebreros, et al. vs. Pfizer Inc, et al.* |

-2-

1 | (06-7003 CRB)
2 | *Marsha Fiorini, et al. vs. Pfizer Inc, et al.* (06-7113 CRB)
3 |
4 | *Florence Salle vs. Pfizer Inc, et al.* (06-7207 CRB)
5 | *Jimmie A. Scott vs. Pfizer Inc, et al.* (06-7259 CRB)
6 |
7 | *William Edward Simpson vs. Pfizer Inc, et al.* (07-0972 CRB)
8 | *Terry Vintson vs. Pfizer Inc, et al.* (07-0977 CRB)
9 |
10 | *Deanna L. Walston vs. Pfizer Inc, et al.* (07-1318 CRB)
11 | *Louis Romanelli vs. Pfizer Inc, et al.* (07-2631 CRB)
12 |
13 | *Johnnie L. West vs. Pfizer Inc, et al.* (07-5687 CRB)
14 | *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.* (07-5915 CRB)
15 |
16 | *Gene Summers vs. Pfizer Inc, et al.* (08-0259 CRB)
17 | *Maria Avendano vs. Pfizer Inc, et al.* (08-1099 CRB)
18 |
19 | *Mary Woodall vs. Pfizer Inc, et al.* (08-1183 CRB)
20 | *Mildred Sturdavant vs. Pfizer Inc, et al.* (08-1976 CRB)
21 |
22 | *Netra Thomas vs. Pfizer Inc, et al.* (08-2110 CRB)
23 | *John Denton vs. Pfizer Inc, et al.* (08-2459 CRB)
24 |
25 | *Joanne Schwandt vs. Pfizer Inc, et al.* (08-2604 CRB)
26 | *Donald Schwanke vs. Pfizer Inc, et al.* (08-3709 CRB)
27 |
28 | *Cheryl Samuel vs. Pfizer Inc, et al.* (09-0888 CRB)

-3-

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10·29, 2009  By: *Navan Ward*

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Oct. 29, 2009  By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court

-4-